JASON FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
JEAN N. RIPLEY
Assistant United States Attorney
501 Las Vegas Blvd., Ste. 1100
Las Vegas, Nevada 89101
(702) 388-6336
Jean.Ripley@usdoj.gov

*Attorneys for the United States*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    vs.<br><br>MICHAEL ANTHONY MILLER,<br><br>             Defendant. | Case No. 2:22-cr-00179-GMN-VCF<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING** |

      IT IS HEREBY STIPULATED AND AGREED, by and between Jean N. Ripley, counsel for the United States, and LaRonda Martin, counsel for defendant Michael Anthony Miller, that the sentencing hearing currently scheduled on November 14, 2023, at 9:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than one day.

      This Stipulation is entered into for the following reasons:

1. Government counsel has a conflict on the hearing date.
2. The hearing will be contested and require the presentation of evidence. Government counsel's presence at the hearing is necessary to facilitate the hearing.

/ / /

/ / /

1

3. Defendant Michael Anthony Miller is in custody and agrees to the continuance.

DATED this 31st day of October, 2023.

| JASON M. FRIERSON | RENE L. VALLADARES |
| United States Attorney | Federal Public Defender |

*/s/ Jean N. Ripley* */s/ LaRonda Martin*

| JEAN N. RIPLEY | LaRonda Martin |
| Assistant United States Attorney | Assistant Federal Defender |

*Counsel for the United States*   *Counsel for Michael Anthony Miller*

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>MICHAEL ANTHONY MILLER,<br><br>          Defendant. | Case No. 2:22-cr-00179-GMN-VCF<br><br>**ORDER** |

Based on the pending stipulation of the parties and for good cause shown, IT IS ORDERED that the Sentencing Hearing currently scheduled on November 14, 2023, at 9:00 a.m., is vacated and continued to  November 16, 2023  at  9:00 a.m. .

DATED this   1   day of November, 2023.

_____
**UNITED STATES DISTRICT JUDGE**

3